FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

*TCB*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ANASTASIA R DESCHAMPS,**<br>**Plaintiff, Creditor, Pro Se**<br><br>**vs.**<br><br><br><br>**MARIX SERVICING, LLC**<br>**RICK E SMITH,**<br><br>**Defendant** | ) **CIVIL ACTION**<br>)<br>) **District Court**<br>) **Case No. 1 10 · CV - 0863**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Complaint by way of Affidavit/Title 42 Section 1983 Lawsuit

## Pursuant to Public Law at 42 §13-15

## For Wrongful Foreclosure Action & Sale Due to Fraud

This affidavit of dispute is made pursuant to alleged loans, Account Number 0000109561

Laws made Pursuant to:

## TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1983
Civil action for deprivation of rights

Plaintiff, before proceeding, would like to gracefully remind the court that *"Parties appearing pro se are allowed greater latitude with respect to reasonableness of their legal theories (Patterson V. Aiker, 111 F.R.D. 354, 358 [N.D. GA 1986])"*. Also that, the court is supposed to judge the case based on its merits even if procedural errors are made. Thus, the Court must give Plaintiff, *"every favorable inference arising from his pro se status" (Hall v. Dworkin, 829 F. Supp. 1403, 1409 (ND NY 1993)).*


NOW COMES Anastasia R Deschamps, PLAINTIFF, Grantor/Mortgagor/Trustor/Title Holder, Pro Se, moves this court into the following cause of action against Marix Servicing, LLC., "DEFENDANT", the assumed/alleged Trustee, in the above named action, for reasons enumerated:


## Undisputed Facts:

### 1.

PLAINTIFF, Anastasia R. Deschamps is the title holder and 100% owner of the property at:

5149 Barrington Trace Dr,
SW Atlanta,
GA, 30331

### 2.

On or about the 27th September 2005 Marix Servicing, LLC., Mortgage Lender and Plaintiff, the alleged mortgagor/grantor/borrower, participated in contract and commercial activity in respect to the Negotiable Instrument Notes that are attached to bonds that are expressly governed by Federal law and the Uniform Commercial Code which are uniform statutory laws of all of the United States of America including the District of Columbia. Plaintiff makes the claim that the instruments/obligations became voidable when the Defendant participated in fraudulent and illegal activity violating the rules of the laws under which the notes/instrument bonds are expressly governed and also violated their duty as officers sworn statutorily to act within the parameters of the Public Law Volume 13 38th Congress Stat 99-118, National Bank Act and other applicable statutes.

3.

Plaintiff will use the above listed Statutes at Large which express the Original Intent of Congress and not the prima facie code of title 12 Banks and Banking or other related code. The Statutes at Large have been continuously adjudicated as law and superior to code that is prima facie and when a question of the authenticity of the law arises each of the Circuit courts, appeals courts and Supreme Courts have ruled that the Statutes at large hold lawful/legal precedence over the United States Code [see Exhibit B].

4.

On or about February 24th 2010, Plaintiff received Notice of Foreclosure Sale- Note and Security Deed - Marix Servicing, LLC Vs Anastasia R Deschamps - from Mccalla Raymer, LLC, attorneys for Marix Servicing, LLC

5.

On or about March 10th 2010, Plaintiff sent to Defendant and Law Offices of Johnson & Freedman, LLC, via certified mail the following notices:

Official Dispute of Debt Affidavit, and Notice of Validation of Debt with Offer to Cure by Discharge with Interrogatories pursuant to Fair Debt Collections Practice Act, USC 15 §1692g et seq.;

6.

On or about March 18th 2010, Plaintiff sent via certified mail, affidavit notices pursuant to FDCPA, Public law 62 § 932, 15 USC 1692 et seq. to challenge the debt [Exhibit C] and interrogatories [Exhibit A] per the security deed section 13, to Marix Servicing, LLC for debt validation, audited accounting, front and back copies of original promissory note and original copies of disclosure documents per TILA 15 USC 1635 et seq., that was never afforded to the Plaintiff at closing.

7.

Plaintiff also sent Defendant, via certified mail, an affidavit of Constructive Notice of Fraud, and FOIA request for the Directors Oaths registered with Comptroller of the Currency [see Exhibit D], from MARIX SERVICING, LLC CEO & President RICK E SMITH with interrogatives and deposition [see Exhibit A]. Plaintiff then sent Defendant an Affidavit & Notice of Cancellation/Discharge of Note and all Contracts [Exhibit E] due to Violation of Governing Law of Instruments.

8.

As of March 23[th] 2010, Defendant has failed to validate the debt, respond to any of the affidavits, and answer any of the interrogatories demanded by the Plaintiff pursuant to Freedom of Information Act and O.C.G.A. §9-11-26 and §9-11-33.

**Cause of Action:**

9.

It is a fact that I, the Plaintiff, Anastasia R Deschamps was under the impression that through mortgaging, conveying, and providing an interest in my property that I was receiving a loan. There is no record that the bank ever made a legitimate loan based on the governing law of the instrument: the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency

Act. The note somehow has been converted into a bond without agreement or authorization from Plaintiff, Anastasia R Deschamps.

10.

Defendant/Alleged Original Creditor provided no consideration in this contract that is in accord with the governing law at Public Law Volume 13 38th Congress Stat 99-118 and therefore committed fraud in the factum, which simply means that Alleged Original Creditor passed on a paper asset with no real value and must prove that consideration was provided and the source of the funds for so called loan and prove that this type of transaction is legal according to the rules governing negotiable instruments at OCGA Title 11 section 3305 (a).

11.

The alleged Trustees have failed to notify Trustor/Mortgagor/Owner that the promissory notes would be or have been converted into securitized instruments to the benefit of the Trustees or that securitization would occur.  This constitutes acts of embezzlement due to lack of disclosure and consideration, and violation of federal banking practices pursuant to 12 USC 38 and 12 U.S.C. 29 § 2803

12.

Defendant did commit of fraud, material alteration of contracts, and illegality in the transaction with the original notes, which will be proven in discovery by way of subpoena and interrogatories [Exhibit A].

13.

This is the implementation of a real defense and is effective even against a holder in due course as stated in OCGA Title 11 section 3-305 (3) b in this case the alleged Holder in due course or holder is MARIX SERVICING, LLC:

**§ 3-305.  Real Defenses and claims in recoupment.**

*(a) **General Rule**.—Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following:*

*(1)  a defense of the obligor based on:*

*(ii) lack of legal capacity or illegality of the transaction WHICH UNDER OTHER LAW,      nullifies the obligation of the obligor;*

*(iii) Fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms:*

14.

The issues enumerated here, are the Plaintiff is asserting real defenses against the validity of the original negotiable instrument 'contracts' which is the alleged promissory notes/ converted bonds.

i)  The first issue, which is a personal defense, is consideration. There have been no loans or consideration in these contracts in the amount of $ 465,000.00

ii) According to the above federal law, Banks or Financial Institutions cannot, loan the capital stock of their directors, nor can they loan the money of their depositors, and they can only loan money pursuant to Public Law Volume 13 38th Congress Stat 99-118, The National Bank Act, which holds precedence over USC Title 12, which is only prima facie law and NOT positive law. They have not followed any of the provisions of this monetary law of the United States of America nor have they honored negotiable instrument laws of this state and the District of Columbia [United States].

iii) Also according to the Statutes at Large Public Law Volume 13 38th Congress Stat 99-118, the National Bank/Currency Act, Banks and Financial Institutions cannot enter into mortgage agreements for real estate beyond a 5 year period. The note was for a 30 year mortgage which by operation of law is fraudulent.

iv) The Banks or Financial Institutional directors cannot claim ignorance of this because each Director has an Oath to Follow Public Law Volume 13 38th Congress Stat 99-118 which is recorded at the United States Office of the Comptroller of Currency.

15.

So the Presidents or Vice Presidents of MARIX SERVICING, LLC have participated in this fraud through their endorsement on the assignment and thus

through real defenses implemented herein MARIX SERVICING, LLC have no legitimate claim to force Plaintiff to pay any instruments that are fraud.

16.

The attached deposition/interrogatives provide questioning about the legitimacy at law and legality of such actions. Who converted the loan into a bond? Who is the holder of the Bond? Who is the holder in due course? Where is the bond registered and with what official officer of law? Is the conversion of the note into a bond material alteration of a contract without consent nullifying the validity of the original contract? These are some of the questions that are attached as interrogative depositions must and or will be answered upon discovery.

**Jurisdiction:**

17.

This court has jurisdiction because the there is diversity of citizenship between Plaintiff and Defendant, so Federal court has jurisdiction pursuant to Title 28 Section 1332. Also all mortgage issues are Federal Bonds, which gives Federal Courts Jurisdiction; USC Title 28 Section 1352; 1331 is federal claims. The instruments were regulated by federal RESPA law, TILA and federal national banking laws under the National Banking Act, Public Law Volume 13 38th Congress Stat 99-118, and the prima facie law, USC Title 12, Banks and Banking.

## Claims for Damages:

### 18.

Count I - Because of Defendant's failure to provide original front and back copies of signed disclosures which appear to violate 12 U.S.C. 2601 et seq., Plaintiff claims torts exists by virtue of, but not limited to, violations pursuant to private legal right and public duty OCGA 51-1-1, private duty breach pursuant to OCGA 51-1-6, and torts under OCGA 51-12-30 involving harm and damages, and asserts $25,000.00 for abuses, falsification of records and neglect or disregard for 42 U.S.C. 1983 violations.

### 19.

Count II- By virtue of refusal of TILA rescission demands, Plaintiff seeks full reconveyance of the title and cancellation or annulment of the security instrument and promissory note pursuant to Georgia's equity code OCGA 23-2-31 with all fees and compensation in the amount of all monies paid with punitive damage equal to award $75,000.00 of actual payments plus interests (not computed), as allowed under the GA tort statute.

### 20.

Count III- By virtue of Fraud by omissions and deceit on behalf of the Defendant, their successors or assigns, as their interests may appear, who have unjustly enriched themselves through their trading activities of the security instruments,

Plaintiff seeks this Court order a subpoena *duces tecum* an accounting of all such profits and a disgorgement of the profits, gains and unjust advantages that the Defendant has obtained to date to determine the award commensurate with the damage.

21.

Count IV - Plaintiff seeks to have court order to return total control of the bonds invested into the market, known and identified by their CUSIPs,  as assets belonging to the Plaintiff pursuant to set –off and recoupment UCC §3-305.

22.

Count V - That the Court order such an award reasonable and customary for fees, commensurate with all litigation fees, court fees, and recoupment of all costs in bringing this action, as permitted by law.

23.

Count VI - That Court sanctions and order injunctive relief to stop all collection activities with an immediate cease and desist order, until this case is fully adjudicated, instanter.

24.

Count VII - That the Court issue an immediate injunction to stay any proceedings or actions by the Defendants in the lower courts against the property, until these matters are resolved within this Court's jurisdiction.

25.

Count VIII - To remove the license of those practicing law and to fine the principals, or assigns and bar them from future banking activities for their breach of obligations under the laws.

26.

Count IX - That the Court make an award for emotional stress and grief made upon plaintiffs in the amount of $50,000.

27.

Count X - Plaintiff seeks $50,000.00 from Defendant for false billing without debt validation pursuant to 15 U.S.C 1692 et seq., FCBA violations, and mail fraud.

**Relief Sought:**

28.

As enumerated above, Plaintiff seeks this court for an immediate injunctive relief to stay all collection activities, and foreclosure actions and sales with an immediate cease and desist order, by any lower courts, until the matter is completely adjudicated.

29.

Plaintiff asserts trial by jury on all issues of facts that are controverted.

30.

Plaintiff reserves the right to add other tort-feasors to this federal complaint who were or are acting concert with MARIX SERVICING, LLC.

31.

Plaintiff seeks awards on all counts of infractions made by the Defendant against the Plaintiff with a total amount of $200,000.00 for torts, breaches, and unclean hands and unjust enrichments by the defendant, not including any securities claims by way of disgorgement of investment activities.

32.

Plaintiff asks this court to declare rights on issues demanded by the Plaintiff, before an adverse dismissal of any issue is warranted under FRCP rule 52a.

33.

Plaintiff seeks to dismiss any claim by MARIX SERVICING, LLC. of any legal standing with respect to the promissory note with prejudice.

34.

Plaintiff seeks that this court rescind the loans, mortgage contracts and all security liens for National Banking Act, Public Law Volume 13 38th Congress Stat 99-118

violations, RESPA violations and TILA violations, or Georgia Fraud and Tort

statutes, with full reconveyance and return of all payments, fees and interests.

35.

Plaintiff seeks this court to recognize the standard that Pro Se litigants are not to be

treated to the same high standards as attorneys and that this court grant leniency in

all pleadings.

**Affidavit and Verification**

I, Anastasia R Deschamps, am older than 18 years of age, and of sound mind, and I

depose that all statements, allegations and facts are true and correct to the best of

my knowledge and beliefs pursuant to OCGA 9-10-111, OCGA 9-10-112, Federal

Civil Rule 11(b) and Title 28 USCA Section 1746.

Signed and submitted on this day _24_ , March, 2010

**Notary Witness**

Name:

ABRAHAM GHIDEY
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA
MY COMMISSION EXPIRES
JANUARY 28, 2014

Anastasia R Deschamps, Affiant, A.R.R.

ID # 0492262212 GA

Seal

## Certificate of Service

I, Anastasia R Deschamps, certify that I have served the following parties by way of certified mail to the following:

MARIX SERVICING, LLC
 Registered Agent in Georgia:
C T CORPORATION SYSTEM
1201 PEACHTREE ST NE
ATLANTA GA 30361

MCCALLA RAYMER, LLC
1544 Old AlABAMA ROAD
ROSWELL, GEORGIA 30076

Submitted on _____ of March, 2010

Anastasia R Deschamps, Pro Se, A.R.R

# Exhibit A

**INTERROGATIVES Depositions for Disclosure & Discovery**
**ALLEGED DEBT COLLECTOR/CREDITOR DISCLOSURE STATEMENT**
**Re "Offer of Performance"**

### Pursuant to O.C.G.A. § 9-11-33 & §9-11-26

*This statement and the answers contained herein may be used by the Issuer & Maker, if necessary, in any court of competent jurisdiction*

### Respondent's Interrogatives/Depositions for Alleged Creditor

<u>Notice</u>: This Debt Collector/Creditor Disclosure Statement is not a substitute for, nor the equivalent of, the hereinabove-requested verification of the record, i.e. "*Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition*" (<u>Black's Law Dictionary</u>, Sixth Edition, 1990), re the alleged debt, and must be completed in accordance with the United States Statutes at Large including the National Bank Act also known as the national Currency Act Public Law Volume 13 38th Congress Stat 99-118 as well as 91 Stat880 the Actual Law of the primae facie code of the *Fair Debt Collection Practices Act*, 15 USC § 1692g and the Freedom of Information Act 5 USCA § 552, applicable portions of *Truth in Lending (Regulation Z)*, 12 CFR 226 Contract Disclosure and UCC 1-308, and demands as cited above in Offer of Performance. Debt Collector/Creditor must make all required disclosures clearly and conspicuously in writing re the following:

1. NAME OF ALLEGED DEBT COLLECTOR/CREDITOR:
   ......................................................................................................................
2. Address of Debt Collector/Creditor:
   ......................................................................................................................
3. Correct Lawful Name of Living Being, alleged Debtor/Obligor:
4. Are you required to register with the United States Department of Treasury as a financial Institution?
5. Please provide the Documents that certify that you are a financial institution registered with the federal government through the United States Department of Treasury.
6. Have you exchanged the alleged note for bonds from the United States Treasury? If yes please provide exchange notes certifications and other information.
7. Have you oathed yourself to follow the laws governing Banks which are The National Bank Act Statutes at large Public Laws of United States Congress Published at Volume 13 38th Congress Stat99-118?
8. Please provide a certified copy of your oath.
9. Have you ever violated the above Laws in any manner?
10. Is the note and mortgage security interest lien in this contract for more than 5 years? And If so How long is the mortgage?
11. Are you aware that pursuant to the above federal law a thirty year mortgage is a fraudulent act?
12. Are you aware that according to the Original Note you are not the Owner of the Property?
13. Are you aware that if you violate any part of The National Currency Act Statutes at large Public Laws of United States Congress Published at Volume 13 38th Congress Stat99-118 that your financial institution can be shutdown?
14. Please provide a list of all of the directors of your financial institution pursuant to the Freedom of Information Act..............................................................................................
15. Address of alleged Debtor/Obligor: ... ...........................................................................
16. Alleged Account Number:
    ########..........................................................................................................
17. Alleged debt owed: $
    $####...............................................................................................................
.
18. Date alleged debt became payable:
    ......................................................................................................................
19. What is the name and address of the alleged Original Creditor who actually provided funds to the alleged Debtor/Obligor, if different from alleged Debt Collector/Creditor?

....................................................................................................................................
20. If Debt Collector/Creditor is different from alleged Original Creditor, does Debt Collector/Creditor have a bona fide affidavit of assignment the signature of the alleged Debtor/Obligor as an assignment for entering into alleged original contract between alleged Original Creditor and alleged Debtor/Obligor?
    YES   NO

21. Did Debt Collector/Creditor purchase this alleged account from the alleged Original Creditor? YES  NO  N/A (Not Applicable)

22.   Are you the holder of the Original note/contract?
23.   Are you the holder in due course of the Original Note and or Contract and if so please provide front and back copies of the original contract and or note
24.   If applicable, give the date of purchase of this alleged account from alleged Original Creditor, purchase amount, and a copy of the original transaction:

**Date:** ................................................................................ **Amount:**
  $ .........................................................................................

25.   Did Debt Collector/Creditor purchase this alleged account from a previous debt Collector/Creditor? YES  NO  N/A
26.   If applicable, date of purchase of this alleged account from previous debt Collector/Creditor, purchase amount, and a copy of the original transaction:

**Date:** ................................................................................ **Amount:**
  $ .........................................................................................

27.   Regarding this alleged account, Debt Collector/Creditor is currently the:

(a)  Owner; (b) Assignee; (c) Other-explain:
      .....................................................................................

..........................................................................................................................................

(b)  What are the terms of the transfer of rights in regards to this alleged account?
      ...............................................................................

..........................................................................................................................................

28.   If applicable, transfer of rights re this alleged account was executed by the following method:

(a)  Assignment; (b) Negotiation; (c) Novation; (d) Other - explain:
      .................................................................................

..........................................................................................................................................

29.  If the transfer of rights re this alleged account was by assignment, was there consideration? YES  NO  N/A
30.  What is the nature and cause of the consideration cited in #17 above?
      ................................................................

..........................................................................................................................................

..........................................................................................................................................

31.  If the transfer of rights re this alleged account was by negotiation, was the alleged account taken for value?
      YES  NO  N/A
32.  What is the nature and cause of any value cited in #19 above?
      ...............................................................................

..........................................................................................................................................

33.  If the transfer of rights re this alleged account was by novation, was consent given by alleged Debtor/Obligor?   YES
     NO  N/A

34.  What is the nature and cause of any consent cited in #21 above?
35.  Has the alleged Debt Collector/Creditor provided alleged Debtor/Obligor with the requisite *verification* of the alleged debt as required by the *Fair Debt    Collection Practices Act*?  YES  NO
36. Date said verification cited above in #23 was provided alleged Debtor/Obligor with official copy and certification that it was sent to alleged Debtor/Obligor: ...............................................................................

37. Was said verification cited above in #23 in the form of a sworn or affirmed oath, affidavit, or deposition? YES  NO

38. Verification cited above in #23 was provided alleged Debtor/Obligor in the form of :   OATH   AFFIDAVIT   DEPOSITON

39. Does Debt Collector/Creditor have knowledge of any claim(s)/Defense(s) re this alleged account?   YES   NO

40. What is the nature and cause of any claim(s)/defense(s) re this alleged account?
..............................................

41. Does Debt Collector/Creditor receive Letter of Credit Financing from a major financial institution to run its operational budget?

42. Please Provide the 1096 and 1098 Tax Returns for this account.

43. Please Provide the 1099 OID and the 1099 INT forms for this account.

44. Are you [Alleged Creditor] the payor or the recipient on the 1099 OID forms?

45. Does this account operate as a pooling and servicer agreement?

46. Are you [Alleged Creditor] in this contract serving in the status of a pooler or servicer for the Original Lender?

47. Have you [Alleged Creditor] ever received any benefit from a third party financial institution due to the alleged contract with the alleged obligor?

48. Have you [Alleged Creditor] ever received stocks, bonds, securities or any other commercial items from any third party institutions in respect to the alleged contract with the obligor?

49. Are their any stocks, bonds, or securities attached to the contract between you [Alleged Creditor] and the alleged obligor?

50. If the answer to the former question is yes could you please provide the CUSIP number for the said financial instrument?

51. Is this account connected to any Trust agreements?

52. Please provide the trust account number and the name of the trust and the name of the indentured trustee, who is handling and paying the interest on the certified securities on the Depository Trust Corporation relative to this account.

53. Is this account in any way connected to any financial and or securities fraud?

54. *Please provide certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of 1940, the 10 K annual report, the S-3 registration statement and the S-4 prospectives filed pursuant to Rule 425 (b) 5 with the Securities and Exchange Commission under section 13 & 15 (d) of the Securities and Exchange Act of 1934 in reference to this account and any certificated or uncertificated stocks, bonds, securities, or other financial instruments associated with this account.*

55. Was alleged Debtor/Obligor provided with a loan by Debt Collector/Creditor?   YES  NO

56. If the alleged Debtor/Obligor was provided with a loan does the Debt Collector/Creditor have proof that assets were provided from the financial institution to the alleged obligor. Please provide certified copies, front and back of all documentary proof.

57. Was alleged Debtor/Obligor sold any products/services by Debt Collector/Creditor?   YES  NO

58.  What is the nature and cause of any products/services cited above in # 29?
.....................................................

59. Does there exist a verifiable, bona fide, original commercial instrument [note or contract] between alleged Debt Collector/Creditor and alleged Debtor/Obligor containing alleged Debtor/Obligor's bona fide signature?   YES  NO

60. What is the nature and cause of any verifiable commercial instrument cited above in # 31?
.........................................

..............................................................................................................................................

61. *Does there exist verifiable evidence of an exchange of a benefit or detriment between Debt Collector/Creditor and alleged Debtor/Obligor?*
YES  NO

62. What is the nature and cause of this evidence of an exchange of a benefit or detriment as cited above in # 33?

..............................................................................................................................................

63. Have any charge-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?    YES    NO

64. Have any insurance claims been made by any creditor or debt Collector/Creditor regarding this alleged account?    YES    NO

65. Have any tax write-offs been made by any creditor or debt Collector/Creditor regarding this alleged account?    YES    NO

66. Have any tax deductions been made by any creditor or debt Collector/Creditor regarding this alleged account?    YES    NO

67. Have any valid judgments been obtained by any creditor or debt Collector/Creditor regarding this alleged account?    YES    NO

68. At the time the alleged original contract was executed, were all parties apprised of the meaning of the terms and conditions of said alleged original contract and was full disclosure of the nature of the contract provided to the alleged obligor?    YES    NO

69. At the time the alleged original contract was executed, were all parties advised of the importance of consulting a licensed Legal professional before executing the alleged contract?    YES    NO

70. At the time the alleged original contract was executed, were all parties apprised that said alleged contract was a private credit Instrument?    YES    NO

Debt Collector/Creditor's failure, both intentional and otherwise, in completing/answering points "1" through "70" above and returning this Debt Collector/Creditor Disclosure Statement, as well as providing Maker with the requisite *verification* validating the hereinabove-referenced alleged debt, constitutes Debt Collector/Creditor's tacit agreement that Debt Collector/Creditor has no verifiable, lawful, bona fide claim re the hereinabove-referenced alleged account, and that Debt Collector/Creditor tacitly agrees that Debt Collector/Creditor waives all claims against Maker and indemnifies and holds Maker harmless against any and all costs and fees heretofore and hereafter incurred and related re any and all collection attempts involving the hereinabove—referenced alleged account.

<u>Declaration</u>: The Undersigned hereby declares under penalty of perjury of the laws of this State that the statements made in this Debt Collector/Creditor Disclosure Statement are true and correct in accordance with the Undersigned's best firsthand knowledge and belief.

_____    _____
Date        Printed name of Signatory

_____    _____
Official Title of Signatory       Authorized Signature for Debt Collector/Creditor

Debt Collector/Creditor must timely complete and return this Debt Collector/Creditor Disclosure Statement, along with all required documents referenced in said Debt Collector/Creditor Disclosure Statement. Debt Collector/Creditor's claim will not be considered if any portion of this Debt Collector/Creditor Disclosure Statement is not completed and timely returned with all required documents, which specifically includes the requisite *verification*, made in accordance with law and codified in the *Fair Debt Collection Practices Act* at 15 USC § 1692, Freedom of Information Act 5 USCA § 552 et seq., and which states in relevant part: "*A debt Collector/Creditor may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt,*" which includes "*the false representation of the character, or legal status of any debt,*" and "*the threat to take any action that cannot legally be taken,*" all of which are violations of law.

If Debt Collector/Creditor does not respond as required by law, Debt Collector/Creditor's claim will not be considered and Debt Collector/Creditor may be liable for damages for any continued collection efforts, as well as any other injury sustained by Maker of this Document. Please allow thirty (30) days for processing after Respondents receipts of Debt Collector/Creditor's response.

# Exhibit B

**CASE LAW IN ALL CIRCUITS & THE SUPREME COURT OF THE UNITED STATES SUPPORTING USE OF STATUTES AT LARGE AS SUPERIOR TO TITLE 12 BANKS & BANKING:**

The official source of the United States Law is Statutes at Large and the United States Code is only prima facie evidence of such laws

*__Royers Inc. vs. United States 1959CA3Pa 265 F. 2d 615, 59-USTC 9371, 3AFTR 2d 1137__*

Statutes at Large are 'legal; evidence' of laws contained therein and are accepted as proof of those laws in any court of the United States.

*__Bear vs. United States (1985 DC Neb) 611 supp 589, affd (1987) (Cas Neb) 810F 2d 153__*

Unless Congress affirmatively enacts title of United States Code into law, title is only prima facie evidence of law

*__Preston vs. Heckler (1984 CA9 Alaska) 734 F2d 1359 34 CCH EPD 34433 later proceeding (1984 DC Alaska) 586 F. supp 1158__*

Where the Title has not been enacted into positive law, title is only prima facie or rebuttable evidence of law, and if construction is necessary, recourse may be had to original statutes themselves

*__United States vs. Zuger (1984) DC Conn 602 F supp 889 affd__*

Even codification into positive law will not give code precedence where there is conflict between codification and Statutes at Large

*__Warner vs. Goltra (1934)293 US 155, 79 L ED 254 55 S Ct 46 Stephens vs. United States (1943) 319 US 423, 87L Ed 1490, 63 S Ct 1135 United States vs. Weldon (1964) 377 US 95, 12L 2d 152, 84 S Ct 1082__*

United States Code does not prevail over Statutes at Large when the two are inconsistent

***Stephens vs. United States (1943) 319 US 423, 87 L Ed 1490, 635 Ct 1135 Peart vs. The Motor Vessel Bering Explorer 1974, DC Alaska 373 F. supp 927***

Although United States Code establishes prima facie what laws of the United States are to the extent that provisions of the United States Code are inconsistent with Statutes at Large, Statutes at Large will prevail. ***Best Food Inc. v United States (1965) 37 Cust Ct. 1, 147 F Supp. 749.***

Where there is conflict between codification and Statutes at Large, Statutes at Large must prevail. ***American Export Lines Inc. v United States (1961) 153 Ct Cl 201, 290 F 2d 925 Abell vs. United States (1975) 207 Ct Cl 207, 518 F 2d 1369, cert den (1976) 929, US 817, 50L Ed 2d 76, 97 S Ct. 59***

**CASE LAW SUPPORTING STATUTES AT LARGE AS HOLDING LAWFUL AND LEGAL PRECEDENCE OVER UNITED STATES CODE IS FOUND IN ALL CIRCUITS OF THE FEDERAL JURISDICTION AND THE SUPREME COURT OF THE UNITED STATES**

### United States Supreme Court

***Warner vs Goltra*** (1934) 293 US 155, 79 L Ed 254 55 S Ct. 46

***Stephens vs United States*** (1943) 319 US 423 87 L Ed. 1490, 63 S Ct. 1135

***Nashville Milk Co. vs. Carnation Co.*** (1958) 355 US 373, 2 L Ed 2d 340 785 Ct 352

***United States vs. Weldon*** (1964) 377 US 95, 12 L. Ed 2d 152 845 Ct. 1082

***United States vs. Neifert-White Co.*** (1968) 390 US 228, 19 L Ed. 2d 106 1, 88 S Ct. 959

***Goldstein vs. Cox*** (1970) 396 US 471, 24 L, Ed 2d 663, 90 S Ct. 671

***United States vs. Bornstein*** (1976) 423 US 303, 46 L. Ed 2d 514, 96 S Ct. 523

***American Bank & Trust Co. vs. Dallas County*** (1983) 463 US 855 77L. Ed 2d 1072 103 S Ct 3369

## Second Circuit

***Leonard vs. Chase Nat. Bank*** (1936) CA 2 NY 81 F 2d 19, cert den 298 US 677, 80 L Ed 1398, 56 S Ct. 941


***United States ex rel Kessler vs. Mercur Corp***. (1936, CA 2 NY) 83 F 2d 178 cert den 299 US 576, 81 L. Ed. 424 57 S Ct. 40


***United States vs. Zuger*** (1984) DC Conn 602 F. Supp 889 aff'd  755 F. 2d 915 cert den 474 US 805, 88 L. Ed. 32 106 S Ct. 38


## Third Circuit

***Royers Inc. vs. United States*** (1959, CA3 Pa.) 265 F 2d. 615

***Crilly vs. Septa*** (9175, CA 3 Pa) 529 F 2d 1355

***United States vs. Hibbs*** (1976 Ed Pa) 420 F. Supp. 1365 vacated on other grounds 56 S F 2d 347


## Fourth Circuit

***United States vs. Shively*** (1936 DC Va) 15 F. Supp 107


## Fifth Circuit

***Murrell vs. Western Union Tel Co.*** (1947, CAS Fla) 160 F 2d 787


## Sixth Circuit

***Rose vs. National Cash register Corp*** (1983 CA 6 Mich) 703 2d 225 cert den 464 US 939, 78 L. Ed 2d 317, 104 S Ct. 352 (1983)

***Mary vs. Centran Corp*** (1984 CA 6 Ohio) 747 F 2d 1536. Cert den 471 US 1125, 86 L. Ed. 2d 273, 105 S Ct. 2656 (1985)

***United States ex rel Boyd vs. McMunty*** (1933, WD Ky) 5 F supp. 515

## Seventh Circuit

***United States vs. Vivian*** (1955, CA 7111) 224 F 2d 53

***Lode vs. Leonardo*** (1982 ND ILL) 557 F Supp 675

***Young vs. IRS*** (1984, ND Ind) 596 F. Supp 141

***United States vs. Burgess*** (December 1 1987 ND ILL) 1987 U.S. District LEXIS 11227 1987 WL 39092

## Eighth Circuit

***United States vs Wodtke*** (1985 ND Iowa) 627 F. Supp. 1034

## Ninth Circuit

***Preston vs. Heckler*** (1984, CA Alaska) 734 F 2d 1359 34 CCH EPD P 34433

***Ryan vs. Bilby*** (1985, CA9 Ariz) 764 F 2d 1325

***Woner vs. Lewis*** (1935, DC Cal) 13 F. Supp. 45

***Peart vs. The Motor Vessel Bering Explorer*** (1974) DC Alaska 373 F. Supp 927

## District of Columbia Circuit

Where the language of the Statutes at Large conflicts with the language of the United States Code that has been not enacted into positive law, the language of the Statutes at Large Controls.

***Fire Flag S Pipeline Co vs Dep. of Transportation*** (1988) App DC 854 F Ld 1438

Exhibit C

## All In Good Faith

# Official Dispute of Debt
# Affidavit and Notice of Dispute of Debt
# Offer to Cure by Discharge
### This Affidavit is made in respect to the alleged contract by and between:

Financial Institution: **Marix Servicing, LLC**
Name of Alleged Borrower: **Anastasia R Deschamps.**
Alleged Amount in Question in US Dollars: **$465,000.00**
Account Numbers: **0000109561**

## Dispute based on:

Laws made Pursuant to the United States of America Congressional Acts Statutes at Large Governing Financial Institutions Registered with the United States Department of Treasury.
Public Law 42, Stat 122-113, 73rd Congress House Joint Resolution (HJR) 192, nullifies Obligor's power to require a particular type or coin or currency in the discharge of debts as long as the tender is legal tender in the United States.

Dispute based on:
United States of America Congressional Acts Statutes at Large Governing Financial Institutions registered with the United States Department of Treasury.
The National Bank Act Public Law 13, Stat 99-118, 38th Congress.

I demand a registered copy of the note and/or bond that is registered with the Comptroller of Currency of the United States or, in the alternative, a certified verification that has been registered.
I demand to know whom provided the original funds for this alleged loan with a record of the actual transaction.

According to the National Bank Act any mortgage over five (5) years [such as a thirty (30) year mortgage based real estate transaction] executed by a financial institution registered with the United States Treasury and the Comptroller of Currency, is an illegal transaction, in violation of state law as well as Consolidated Statutes, Uniform Commercial Code Section 3305(a)1.

Article 28

RULES GOVERNING HOLDING OF REAL ESTATE: National Bank Act

# All In Good Faith

And be it further enacted, such associations shall not purchase or hold real estate in any other case or for any other purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure debts due to it for a longer period than five (5) years.
Section 28, page 108, 38th Congress.

According to your note the length of the mortgage is indicated by a term of thirty (30) years. Pursuant to federal law this is an illegal transaction and is void.

Your oath and the oath of your directors which is subject to the National Bank Act is on record at the Comptroller of Currency's Office according to the National Bank Act and by executing this illegal transaction you have violated your oath:

### OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY

"Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate or willingly permit to be violated of any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself, and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency, and by him filed and preserved in his office."
Section 9, page 102, 38th Congress.

The source of the alleged loan represented by the alleged note has not been identified.
As a financial institution registered with the United States Department of Treasury you cannot make loans from the stock of your directors, nor can you loan money from the stock of the bank or its depositors. So the question is, what is the legal and legitimate source of your loan? Please identify it.

Again the National Bank Act is clear and you are subject to it. It states:

### NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF THE SHARES OF ITS STOCK

"And be it further enacted that no association shall make any loan or discount on the security of the shares of its own capital stock..." Section 35, page 110, 38th Congress.

### OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY

that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt.
Section 9, page 102, 38th Congress.

# All In Good Faith

If you have registered this note with the United States Department of Treasury and the Comptroller or any other financial institution as required by law and it has been converted into a bond which increased your capital stock then this also is an illegal transaction according to the National Bank Act

BANKS CANNOT USE NOTES IT CIRCULATES TO CREATE OR INCREASE ITS CAPITAL STOCK
"And be it further enacted that no association shall, either directly or indirectly, pledge or hypothecate any of its notes of circulation, for the purpose of procuring money to be paid in on its capital stock, or to be used in its banking operations, or otherwise; nor shall any association use its circulating notes, or any part thereof, in any manner or form, to create or increase its capital stock..." Section 37, page 110, 38th Congress.

Furthermore,  there are several other points of law that I have reason to believe you have violated that make any note or contract obligation with you void and or voidable and the penalty for violating the National Bank Act is stated herein for any and all Directors of this Bank.

PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT ,"And be it further enacted that every president, director, cashier, teller, clerk, or agent of any association, who shall embezzle, abstract, or willfully misapply any of the moneys, funds, or credits of the association, or shall, without authority from the directors, issue or put in circulation any of the notes of the association, or shall, without such authority issue or put forth any certificate of deposit, draw any order or bill of exchange, make any acceptance, assign any note, bond, draft, bill of exchange, mortgage, judgment, or decree, or shall make any false entry in any book, report, or statement of the association, with intent, in either case, to injure or defraud the association or any other company, body politic or corporate, or individual person, or to deceive any officer of the association, or any agent appointed to examine the affairs of any such association, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by imprisonment not less than five (5) nor more than ten (10) years. **Section 55, page 116, 38th Congress, Volume 13.** PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT, "And be it further enacted that if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the right, privileges, and franchises of the association derived from this act shall thereby be forfeited..."  And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequence of such violation. **Section 53, page 116, 38th Congress, Volume 13.**

It is my demand that you comply with the **Fair Debt Collections Practice Act**, and cease and desist from collecting on this debt until you validate the debt.
***USC 15 §1692g***, "(b)If the consumer notifies the debt collector in writing within the thirty (30) day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer

# All In Good Faith

requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications that do not otherwise violate this title may continue during the thirty (30) day period referred to in subsection (a) unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the name and address of the original creditor. "Any collection activities and communication during the thirty (30) day period may not overshadow or be inconsistent with the disclosure of the consumer's right to dispute the debt or request the name and address of the original creditor."

I demand that you answer to this Dispute of Debt and Answer the Attached Interrogatives in respect to the alleged legitimate debt obligation. You have twenty (20) days to Answer. I am seeking immediate justice by due process of law in the Superior and/or Federal Courts.
I discharge any and all obligations in reference to Account Number: **0000109561**, pursuant to the laws presented herein.

If you can verify the authenticity of this alleged obligation I promise to pay the debt as contracted.
I await your timely response if you are willing to settle this matter. You have twenty (20) days to honor this Notice.   It is also mandatory that if Respondent responds to the foregoing by delivering any response to mailing locations exactly as shown below:

Anastasia R Deschamps,
5149 Barrington Trace Dr,
SW Atlanta Ga 30331-9111

# All In Good Faith

## CERTIFICATE OF ACKNOWLEDGMENT

State of Georgia                    )
                                    )ss
County of _DeKALB_ ,                )

On _March 17_ , 20_10_ before me, _Janice R. Evans_ , Notary Public in and for
                                        (Notary's Name)

said county, personally appeared        _Anastasia_
                                        (Signature)

Who has satisfactorily identified her as the signer to the above-referenced document.

*(Affix Notary Stamp Here)*

My Commission Expires _____  _Janice R. Evans_       3/17/10
                                  (Notary Signature)        (Date)

# Exhibit D

## Constructive Notice of Fraud & Breach of Oath to Follow the National Bank Act
## Notice to President Vice President and all Directors of:
## Marix Servicing, LLC.PRESIDENT/CEO: RICK E SMITH,

Affidavit and Notice of Cancellation of all Contracts due to Violation of Governing Law of Negotiable Instrument [Note] & Securities Fraud- OFFICIAL DISPUTE OF DEBT
Including:
### Fraud Upon and Within the Instrument
### Notice of Real Defense Remedy upon a Negotiable Instrument/Alleged Obligation
### Violation of Truth in Lending Regulation Z
### Public Law Volume 13 ~ 38th congress Stat 99-118 Banks & Banking Positive Law Congressional Act
### United States Code Title 12 Banks and Banking Prima Facie Law of Public Law13 38th Congress Stat 99-118
Affidavit and Notice of Commercial Fraud Dishonor with Offer to Cure
This Affidavit is made in respect to the contract allegedly by and between:
### THIS NOTICE WILL BE FORWARD TO THE UNITED STATES COMPTROLLER OF THE CURRENCY

Marix Servicing, LLC
**PRESIDENT: RICK E SMITH,**
Name of Alleged Borrower: Anastasia R Deschamps
Accounts in Question: **0000109561**
Amounts in Question: Alleged 465,000.00 US Dollars.

I am willing to settle this matter with complete discharge of any alleged obligations by official notarized contract [Satisfaction & Discharge of Mortgage] making no further claims against you of participation in a chain of Fraud that started with Marix Servicing, LLC. President & Vice President. All transactions associated with the note and mortgage are fraudulent transactions in violation of Public Law 13 38th congress Stat 99-118 and if found guilty may be subject to no less than 5 years in prison no more than 10 for your violation of the oath that is on record with the comptroller of the currency not to violate this Congressional Act Concerning Lawful Monetary Policy of the United States/United States of America

### LIST OF VIOLATIONS OF LAW FEDERAL & STATE
The National Bank Act Violations:
### OATH OF THE DIRECTORS FILED WITH THE COMPTROLLER OF CURRENCY

"Each Director when appointed or Elected, shall take an oath that he will, so far as the duty devolves on him, diligently and honestly administer the affairs of such association, and will not knowingly violate, or willingly permit to be violated any provisions of this act, and that he is the bona fide owner, in his own right, of the number of shares of stock required by this act, subscribed by him, or standing in his name on the books of the association, and that the same is not hypothecated, or in any way pledged, as security for a loan or debt; which oath subscribed by himself, and certified by the officer before whom it is taken, shall be immediately transmitted to the comptroller of currency, and by him filed and preserved in his office." *Section 9 page 102 38th Congress*

### PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT

And be it further enacted That every president, director, cashier, teller, clerk, or agent of any association, who shall embezzle, abstract, or willfully misapply any of the moneys, funds, or credits of the association, or shall, without authority from the directors, issue or put in circulation any of the notes of the association, or shall, without such authority issue or put forth any certificate of deposit, draw any order or bill of exchange, make any acceptance, assign any note, bond, draft, bill of exchange, mortgage, judgment, or decree, or shall make any false entry in any book, report, or statement of

the association, with intent, in either case, to injure or defraud the association or any other company, body politic or corporate, or individual person, or to deceive any officer of the association, or any agent appointed to examine the affairs of any such association, shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by imprisonment not less than five nor more than ten years. **_Section 55 page 116 38th Congress volume 13_**

## PENALTY UPON DIRECTORS FOR VIOLATION OF THIS ACT

And be it further enacted that if the directors of any association shall knowingly violate, or knowingly permit any of the officers, agents, or servants of the association to violate any of the provisions of this act, all the right, privileges, and franchises of the association derived from this act shall thereby be forfeited... And in cases of such violation, every director who participated in or assented to the same shall be held liable in his personal and individual capacity for all damages which the association, its shareholders, or any other person, shall have sustained in consequence of such violation. **_Section 53 page 116 38th Congress Volume 13_**

## RULES GOVERNING HOLDING OF REAL ESTATE

And be it further enacted, Such associations shall not purchase or hold real estate in any other case or for any other purpose than as specified in this section. Nor shall it hold the possession of any real estate under mortgage, or hold the title and possession of any real estate purchased to secure debts due to it for a longer period than five years. **_Section 28 page 108 38th Congress_**

## NATIONAL BANKING ASSOCIATION CANNOT MAKE LOANS ON THE SECURITY OF THE SHARES OF ITS STOCK

"And be it further enacted that no association shall make any loan or discount on the security of the shares of its own capital stock" **_Section 35 Page 110 38th Congress_**

## BANKS CANNOT USE ITS NOTES IT CIRCULATES TO CREATE OR INCREASE ITS CAPITAL STOCK

"And be it further enacted That no association shall, either directly or indirectly, pledge or hypothecate any of its notes of circulation, for the purpose of procuring money to be paid in on its capital stock, or to be used in its banking operations, or otherwise; nor shall any association use its circulating notes, or any part thereof, in any manner or form, to create or increase its capital stock" **_Section 37 page 110 38th Congress_**

## SHUTDOWN OF BANK FOR ILLEGAL ACTIVITY OF SHAREHOLDERS

"The comptroller shall have authority to withhold from an association his certificate authorizing the commencement of business, whenever he shall have reason to suppose that the shareholders thereof have formed the same for any other than the legitimate objects contemplated by this act. **_Section 12 page 103 38th Congress_**

## OATH OF THE COMPTROLLER

"Within fifteen days from the time of notice of his appointment the comptroller shall take and subscribe the oath of office prescribed by the Constitution and laws of the United States – **_Section 1 page 100 38th Congress_**

## STATE LAWS VIOLATED

### Georgia Code O.C.G.A. Title 11 Commercial Transactions

1) "**§ 3-305. Defenses and claims in recoupment.**
   **(a) General rule.**--Except as stated in subsection (b), the right to enforce the obligation of a party to pay an instrument is subject to the following:

(1)  a defense of the obligor based on:
 (ii) lack of legal capacity or *__illegality of the transaction WHICH UNDER OTHER LAW, nullifies the obligation of the obligor;__*
        (iii) *fraud that induced the obligor to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or its essential terms; or*

I am willing to settle this matter with complete discharge of any alleged obligations by official notarized contract [Satisfaction & Discharge of Mortgage] making no further claims against you of participation in a chain of Fraud that started with Marix Servicing, LLC. President & Vice President. All transactions associated with the note and mortgage are fraudulent transactions in violation of Public Law 13 38th congress Stat 99-118 and if found guilty may be subject to no less than 5 years in prison no more than 10 for your violation of the oath that is on record with the comptroller of the currency not to violate this Congressional Act Concerning Lawful Monetary Policy of the United States/United States of America

If you are willing to settle this matter, I await your timely response. You have 10 days to honor this draft-Note.

_____
Signature

_3/17/2010_
Date

# Exhibit E

## Affidavit & Official Cancellation Discharge Note-Draft

Affidavit & Notice of Cancellation-Discharge of Note and all Contracts due to Violation of Governing Law of Instrument
Fraud Upon and Within the Instrument [Note] & Securities Fraud by President/Vice President [Directors et al]
Notice of Real Defense Remedy Claims of Recoupment Upon a Negotiable Instrument/ Securities as Principal and Lawful Holder in Due Course
Violation of Truth in Lending Regulation Z by Financial Institution
Public Law 13 38th Congress Stat 99-118 Banks & Banking Positive Law Congressional Act for National Currency Backed by US Bonds
United States Code Title 12 Banks and Banking Primae Facie Law of Public Law 13  38th Congress Stat 99-118
Violation of Oath Taken and registered with the Comptroller of Currency
Affidavit and Notice of Commercial Fraud Dishonor with Offer to Cure
This Affidavit is made in respect to the accounts **0000109561** allegedly by and Between:.

Financial Company: **Marix Servicing, LLC** President **Rick E Smith,**
Name of Alleged Borrower: **Anastasia R Deschamps.**
Amounts in Question: **$ 465,000.00** respectively
This serves as a notice of cancellation discharge made to these accounts and demand to return my Draft-Notes with Securities information
attached to the note I endorsed to you that you fraudulently altered and endorsed to yourself and your Financial Institution as a deposit of funds
as opposed to the loan you contractually said you were provided to me. This was not a loan but a fraudulent checkbook deposit and I have
discovered your fraud. This affidavit which is for the purpose of effectively discharging me from any obligation in respect to this matter based
upon the attached affidavit and settlement terms is your official notice.

Since your actions are in violation of your oath to the Comptroller of the Currency made in pursuance to the Constitution for the United States of
America and Public Law 13 38th Congress Stat 99-108 National Currency Act you may be subject to no less than 5 years in prison if adjudicated
upon and found guilty of fraud. The fraudulent note you altered is the evidence of your fraud  and is exempt from enforcement and or levy upon
my Property therefore your alleged mortgage lien is null and void and I will retain my property free and clear of all claims and initiate
administrative remedy to cure the fraud. I am officially the certified holder in due course [Of which you are not] of all securities attached to my
signature as principal and you are therefore in commercial/contractual fraud and dishonor in your actions. All claims you had through fraud upon
my property at: **5149 Barrington Trace Dr, SW Atlanta Ga. 30331,** are subject to forfeiture [Strict foreclosure UCC 9608 (b), [possession after
default and disposition] 9606-9613 and collections under Generally Accepted Accounting Principals.

I want this cancellation discharge of mortgages posted in the county records office of **Fulton County, GA**. I demand through the attached
interrogatories, you send me the 1096 & 1098 tax returns for this fraudulent account set up to pay a fraudulent mortgage account along with the
1099 OID and 1099 INT forms which you have filled out and unlawfully placed my information on concerning this fraudulent obligation without my
authority and in the incorrect places , even if you fail to provide this information based on the Freedom of Information Act if we have to go to
court all of this information will be subpoenaed as evidence and proof of your fraud. This will only become a court matter if we fail to settle the
issue and remove the harm.

Since you are the alleged Surety/Trustee and fiduciary of these accounts under a pooling and servicing agreement, I want the trust account
number, CUSIP number, and the name of the trust and the name of the indentured trustee [Whether private company or federal agency or
federal agency underwriter or surety], who is handling and paying the interest on the certified securities on the obligations relative to these
accounts and who is handling the insurance underwriting

I also want a certified copy of the application determining the eligibility of the trustee to act under subsection (a) of section 310 of the Trust
indenture Act in accordance with the rules and regulations prescribed by the Commission under section 305 (b) 2 of the Trust Indenture Act of
which State and local bonds are considered excluded from this act thus if there is an indentured trustee in the federal government please provide
such information knowing that it is fraud to participate in both insurance underwriting and trustee programs at the same time.

I also want certified copies of the N-8A registration filed pursuant to section 8A of the Investment Company Act of 1940, the 10 K annual report,
the S-3 registration statement and the S-4 prospectives filed pursuant to Rule 425 (b) 5 with the Securities and Exchange Commission under
section 13 & 15 (d) of the Securities and Exchange Act of 1934. As the Issuer, Owner, Principal, and Creditor I am giving you 30 days to post my
cancellation discharge to this account and fraudulent mortgage lien at the County Records Office and comply with my settlement offer or face
possible charges of contractual negotiable instruments fraud, bank fraud, securities fraud, violation of federal law at Regulation Z, Public Law 13
38the Congress Stat 99-118 Title 12 Banks and Banking and all other unlawful and illegal actions we uncover.

I am willing to settle this matter with complete cancellation-discharge of any alleged obligations by official notarized contract making no further
claims against you if you are willing to settle this matter. I await your timely response. You have 20 days to honor this draft-Note.

Signature                                    Date